BRUCE S. GELBER
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington, D.C. 20530
BRADLEY R. O'BRIEN (CA Bar Number: 189425)
Senior Attorney
ANGELA MO (CA Bar Number: 262113)
Senior Counsel
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6484;
Tel: (202) 514-1707
E-mail: brad.obrien@usdoj.gov
E-mail: angela.mo@usdoj.gov
Counsel for Plaintiff United States of America

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* DEPARTMENT OF FISH AND WILDLIFE, PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* CENTRAL COAST REGIONAL WATER QUALITY CONTROL BOARD, *ex rel.* CALIFORNIA DEPARTMENT OF PARKS AND RECREATION, *ex rel.* CALIFORNIA STATE LANDS COMMISSION, *ex rel.* CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION'S OFFICE OF STATE FIRE MARSHAL, and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> PLAINS ALL AMERICAN PIPELINE, L.P. and PLAINS PIPELINE, L.P., <br><br> Defendants. | Civil Action No. <br><br> 2:20-cv-02415 <br><br> **UNITED STATES' NOTICE OF MOTION AND MOTION TO ENTER CONSENT DECREE** <br><br> **Date:** October 26, 2020 <br> **Time:** 1:30 p.m. <br> **Location:** Telephonic <br> **Judge:** Hon. Philip S. Gutierrez |

*United States of America and the People of the State of California v.*
*Plains All American Pipeline, L.P. and Plains Pipeline, L.P.*
United States' Notice of Motion and Motion to Enter Consent Decree

## UNITED STATES' MOTION TO ENTER CONSENT DECREE

The United States of America ("United States") respectfully requests the Court to enter the Consent Decree lodged on March 13, 2020 (ECF Docket Number ("DN") 6-1) ("Consent Decree"). The Consent Decree resolves the civil claims of co-plaintiffs United States and the State of California ("State") (jointly, "Governments") relating to Plains Pipeline, L.P. and Plains All American Pipeline, L.P., (jointly, "Plains") violations of the pipeline safety laws and their liability for the May 19, 2015, discharge of crude oil from Plains' Line 901 located near Refugio State Beach and Santa Barbara, California ("Refugio Incident").

The United States' and the State's joint Complaint claims seek penalties, natural resource damages and assessment costs, injunctive relief, and response costs, as applicable, under the Pipeline Safety Laws, 49 U.S.C. §§ 60101 *et seq.*; the Clean Water Act, 33 U.S.C. §§ 1251 *et seq.*; the Oil Pollution Act of 1990, 33 U.S.C. §§ 2701 *et seq.*; the Lempert-Keene Oil Incident Prevention and Response Act, California Government §§ Code 8670.1 *et seq.*; the California Fish and Game Code, §§ 2014, 5650, 5650.1, and 12016; the Porter-Cologne Water Pollution Control Act, California Water Code §§ 13350 and 13385; and the Elder California Pipeline Safety Act of 1981, California Government Code §§ 51010 *et seq.*

The Consent Decree resolves the Governments' civil claims and requires Plains to: 1) pay $24M in penalties; 2) pay $22.325M in natural resource damages ("NRD"); and 3) implement significant injunctive relief to improve Plains' nationwide pipeline system, in addition to modifying operations related directly to the Refugio Incident. During the course of settlement negotiations, the Governments secured Plains' reimbursement of approximately $10M in NRD assessment costs and $4.26M in United States Coast Guard's removal costs. Excluding the value of unquantified but substantial IR costs, the settlement in

*United States of America and the People of the State of California v. Plains All American Pipeline, L.P. and Plains Pipeline, L.P.*
United States' Notice of Motion and Motion to Enter Consent Decree

-1-

conjunction with reimbursed costs is valued in excess of $60M.

The participating United States' agencies include the United States Department of Transportation, Pipeline and Hazardous Materials Safety Administration; the United States Environmental Protection Agency; the United States Department of the Interior; the Department of Commerce, National Oceanic and Atmospheric Administration; and the United States Coast Guard. The participating State agencies include the State of California Department of Fish and Wildlife; the State of California State Lands Commission; the State of California Department of Parks and Recreation; the State of California Central Coast Regional Water Quality Control Board; the University of California Regents; and the State of California Office of the State Fire Marshal.

As described in the United States' Notice of Lodging of Consent Decree (DN 6), the United States published notice of the Consent Decree in the Federal Register thereby commencing a 30-day public comment period.  85 Fed. Reg. 15815 (March 19, 2020).  The United States published a second Federal Register notice extending the public comment period for an additional 30 days through May 20, 2020.  85 Fed. Reg. 17599 (March 30, 2020).

The United States received three public comments on the Consent Decree that are described in the United States' Memorandum in Support of United States' Motion to Enter Consent Decree.  After evaluating the public comments, the United States supports the Consent Decree as being fair, adequate, reasonable, and in the public interest.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on multiple dates including August 11, 2020.

//

//

//

Therefore, the United States respectfully requests that the Court enter the Consent Decree by signing page 57 of the Consent Decree notwithstanding the United States is also submitting a separate Proposed Order in compliance with the Local Rules.

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:


August 19, 2020     /s/ Bradley R. O'Brien
Date                BRADLEY R. O' BRIEN
                    ANGELA MO
                    Environmental Enforcement Section
                    Environment and Natural Resources
                          Division
                    U.S. Department of Justice