[The names and parties submitting this document are listed on the two pages immediately following this caption page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* DEPARTMENT OF FISH AND WILDLIFE, PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* CENTRAL COAST REGIONAL WATER QUALITY CONTROL BOARD, *ex rel.* CALIFORNIA DEPARTMENT OF PARKS AND RECREATION, *ex rel.* CALIFORNIA STATE LANDS COMMISSION, *ex rel.* CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION'S OFFICE OF STATE FIRE MARSHAL, and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>            Plaintiffs,<br><br>     v.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P. and PLAINS PIPELINE, L.P.,<br><br>            Defendants. | Civil Action No.<br><br>2:20-cv-02415-PSG-JEM<br><br>**JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR THE UNITED STATES OF AMERICA'S MOTION TO TERMINATE THE CONSENT DECREE; [PROPOSED] ORDER** |

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
ANGELA MO (CA Bar Number: 262113)
E-mail: angela.mo@usdoj.gov
Senior Counsel
STEFAN J. BACHMAN (DC Bar Number: 90008649)
E-mail: stefan.bachman@usdoj.gov
Senior Attorney
Environmental Enforcement Section
United States Department of Justice
150 M Street, N.E., Room 2.900
Washington, D.C. 20002
Tel: (202) 353-5129
*Counsel for Plaintiff United States of America*

ROB BONTA
Attorney General of California
ERIC M. KATZ
Supervising Deputy Attorney General
MICHAEL ZARRO (CA Bar Number: 110171)
JAKE GOLD (CA Bar Number: 347131)
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, California 90013
Tel: (213) 269-6327
E-mail: Michael.Zarro@doj.ca.gov
*Counsel for Plaintiffs California Department of Fish and Wildlife, Central Coast Regional Water Quality Control Board, and California Department of Forestry and Fire Protection's Office of State Fire Marshal*

ROB BONTA
Attorney General of California
ELIZABETH ST. JOHN
JESSICA TUCKER-MOHL
Supervising Deputy Attorneys General
SAHAR DURALI (CA Bar Number: 292793)
NICHOLAS TSUKAMAKI (CA Bar Number: 253959)

Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, California 90013
Tel: (213) 269-6397
E-mail: Sahar.Durali@doj.ca.gov
*Counsel for Plaintiffs California Department of Parks and Recreation and California State Lands Commission*

MARGARET WU (CA Bar Number: 116588)
Deputy General Counsel
BARTON LOUNSBURY (CA Bar Number: 253895)
Senior Counsel
University of California
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, California 94607-5200
Tel: (510) 987-9800
E-mail: barton.lounsbury@ucop.edu
*Counsel for Plaintiff the Regents of the University of California*

Whereas, on October 14, 2020, the Court entered a consent decree as a final judgment in this matter requiring Plains All American Pipeline, L.P. and Plains Pipeline, L.P. (together, "Plains") to, *inter alia*, pay civil penalties and natural resource damages and implement detailed injunctive measures set forth in two appendices to resolve alleged violations of federal and state pipeline safety and environmental laws. (ECF No. 6-1 at ¶¶ 8–10, 12, 21, 25).

Whereas, the United States expects to soon file a motion to terminate the consent decree, and the California Office of State Fire Marshal, and other State Agency Plaintiffs expect to oppose the United States' motion.

IT IS HEREBY STIPULATED by and between the United States and the State Agency Plaintiffs listed in the above caption, subject to Court approval, that:

1. The State Agency Plaintiffs shall file any opposition to the United States' motion to terminate the consent decree no more than 14 calendar days after the motion is filed.

2. The United States shall file any reply to the State Agency Plaintiffs' opposition no more than 14 calendar days after the opposition is filed.

3. The parties believe good cause exists for adoption of this alternate schedule.

4. WHEREFORE, the parties respectfully submit this stipulation to the Court for approval.

1 | Dated: March 9, 2026 | Respectfully submitted,

ROB BONTA
Attorney General of California
ERIC M. KATZ
Supervising Deputy Attorney General

*[signature: Jake Gold]*

JAKE GOLD
Deputy Attorney General
*Counsel for State Agency Plaintiffs*

Dated: March 9, 2026 | Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

*[signature: Angela Mo]*

ANGELA MO
Senior Counsel
STEFAN J. BACHMAN
Senior Attorney
Environmental Enforcement Section
*Counsel for Plaintiff United States of America*