LATHAM & WATKINS LLP
  Jessica Stebbins Bina (Bar No. 248485)
  *jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone:  +1 424.653.5500
Facsimile:  +1 424.653.5501

BABST CALLAND
  Nicholas McDaniel (*pro hac vice* forthcoming)
  *nmcdaniel@babstcalland.com*
505 Ninth St., NW, Suite 602
Washington, DC 20004
Telephone:  +1 202.853.3455
Facsimile:  +1 202.853.3491

*Attorneys for Nonparties Sable Offshore Corp.
and Pacific Pipeline Company*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; THE PEOPLE OF THE STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PLAINS ALL AMERICAN PIPELINE, L.P. and PLAINS PIPLINE, L.P., <br><br> Defendants. | Case No. 2:20-cv-02415-SVW-SSCx <br><br> **NONPARTIES SABLE OFFSHORE CORP.'S AND PACIFIC PIPELINE COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NONPARTIES' OPPOSITION BRIEF TO EX PARTE** <br><br> Dept: 10A <br> Action Filed: Mar. 13, 2020 <br> Judgment: Oct. 14, 2020 |

## REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Sable Offshore Corp. and Pacific Pipeline Company requests that the Court take judicial notice of the following documents in support of Nonparties Sable Offshore Corp. and Pacific Pipeline Company's Opposition to Ex Parte:

1.    Attached hereto as **Exhibit A** is the NGO Petitioners' Emergency Motion for Stay Pending Appeal filed in the matter *Environmental Defense Center et al. v PHMSA*, 25-8059 on December 26, 2025

2.    Attached hereto as **Exhibit B** is the Federal Respondents' Opposition to Emergency Stay Motion filed in the matter *Environmental Defense Center et al. v PHMSA*, 25-8059 on December 30, 2025.

3.    Attached hereto as **Exhibit C** is the Order denying Petitioner's Emergency Motion for Stay Pending Appeal filed in the matter *Environmental Defense Center et al. v PHMSA*, 25-8059 on December 31, 2025.

4.    Attached hereto as **Exhibit D** is California's Petition for Review filed in the matter *California v. PHMSA*, 26-508 on January 23, 2026.

5.    Attached hereto as **Exhibit E** is the Order consolidating the NGO Petitioners' and the State of California's Petitions, filed in the matter *California v. PHMSA*, 26-508 on February 5, 2026.

These exhibits and facts are appropriate for judicial notice because they are publicly available and official filings from the United State Court of Appeals for the Ninth Circuit.

Dated:  March 17, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ *Jessica Stebbins Bina*
LATHAM & WATKINS LLP
Jessica Stebbins Bina (Bar No. 248485)

*jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone:  +1 424.653.5500
Facsimile:   +1 424.653.5501
*Attorneys for Non-Parties Sable Offshore Corp. and Pacific Pipeline Company*