**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, and the PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* DEPARTMENT OF FISH AND WILDLIFE,  PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* CENTRAL COAST REGIONAL WATER QUALITY CONTROL BOARD, *ex rel.* CALIFORNIA DEPARTMENT OF PARKS AND RECREATION, *ex rel.* CALIFORNIA STATE LANDS COMMISSION, *ex rel.* CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION'S OFFICE OF STATE FIRE MARSHAL, and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, <br><br>        Plaintiffs, <br><br>    v. <br><br> PLAINS ALL AMERICAN PIPELINE, L.P. and PLAINS PIPELINE, L.P., <br><br>        Defendants. | Civil Action No. <br><br> 2:20-cv-02415 <br><br> **DECLARATION OF DUSTIN HUBBARD IN SUPPORT OF UNITED STATES' OPPOSITION TO EX PARTE EMERGENCY MOTION TO ENFORCE CONSENT DECREE** |

*United States of America and the People of the State of California v.*
*Plains All American Pipeline, L.P. and Plains Pipeline, L.P.* Declaration of Dustin Hubbard

I, Dustin Hubbard, declare as follows:

1.    I am the Director of the Western Region for the Office of Pipeline Safety ("OPS"), at the Pipeline and Hazardous Materials Safety Administration ("PHMSA"), within the United States Department of Transportation. I have been in my current position since April 2019.  My business address is 12300 W. Dakota Avenue, Suite 340, Lakewood, CO 80228.

2.    I received my Bachelor of Science in Mechanical Engineering from the University of California, San Diego in 2002 and a Master of Science in Mechanical Engineering from the California State University, Long Beach in 2006.

3.    In my current position as Region Director, I ensure the safe, reliable, and environmentally sound operation of pipeline and pipeline facilities primarily in the western United States, including Alaska and Hawaii. Prior to serving as the Director, I was a Senior Inspector and Data Analyst with PHMSA dating back to 2010. Prior to my work with the Federal Government, I was a structural analyst in the aerospace industry and an Engineroom Supervisor with the U.S. Navy onboard the USS Wabash and USS Duluth.

4.    I submit this declaration in support of the United States' Opposition to *Ex Parte* Emergency Motion to Enforce Consent Decree . I have personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the truth of these facts.

5.    Sable Offshore Corp. currently owns pipelines CA-324 and CA-325, which together are referred to as the Las Flores Pipeline, which is also part of a larger interstate pipeline system referred to as the Santa Ynez System. Pipelines CA-324 and CA-325 were previously called Lines 901 and 903, respectively, and were owned by Plains Pipeline. In 2015, Line 901 experienced an accident and was shut down.

6.    From December 9 through December 11, 2025, I and several qualified PHMSA inspectors on my staff conducted an on-site inspection of the Las Flores

*United States of America and the People of the State of California v. Plains All American Pipeline, L.P. and Plains Pipeline, L.P.* Declaration of Dustin Hubbard

-1-

Pipeline and Santa Ynez Pipeline System as part of a jurisdictional audit. The inspection included reviewing Sable's written procedures and records and conducting field observations of the Las Flores pipeline facility, pump stations at Gaviota and Sisquoc, control room in Santa Maria, and the offshore Harmony platform. Under normal operation, oil is produced at the Harmony platform, then transported through the offshore line to the Las Flores facility. It is then stored in the two breakout tanks at the facility and heated prior to transportation by pipeline. The oil is transported 10.86 miles through CA-324 from Las Flores to the pump station at Gaviota, 38.72 miles through CA-325A from Gaviota to the pump station at Sisquoc, and 74.84 miles through CA-325B from Sisquoc to the end point at Pentland.

7.    I and several qualified PHMSA inspectors on my staff also reviewed Sable plans and procedures for restarting CA-324 and CA-325 and discussed its processes and safety procedures for restart with Sable personnel.

8.    On December 22, 2025, I issued a letter approving Sable's restart plan for CA-324 and CA-325. A true and correct copy of the December 22, 2025 approval letter is attached to this declaration as **Exhibit 1** and was written and is maintained in the course of PHMSA's regularly conducted activities.

9.    The restart plan provides for the gradual restart of CA-324 and CA-325 in phases. During restart, each portion of the system is brought up to operating pressure in stages where each stage is a pressure increment that must be held for a minimum of two hours before proceeding to a higher-pressure increment. These holding periods are referred to as a stand-up pressure test. During the hold periods between pressure increments, the line pressures are monitored for any fluctuation that could indicate a problem holding pressure and the pipeline is patrolled by aircraft flyovers for any indications of a leak.

10.    Once the pressure has remained steady for a minimum of two hours, the next pressure stage may be initiated. If at any time, there is an indication that

*United States of America and the People of the State of California v. Plains All American Pipeline, L.P. and Plains Pipeline, L.P.* Declaration of Dustin Hubbard

-2-

pressure is not holding, the pipeline will be shut in and the reason for the pressure drop investigated and corrected before continuing.

11.    This phased restart must be initiated during daylight hours to enable patrolling and communications as required both in advance and during the restart effort in coordination with local emergency response officials.

12.    After completion of the restart activities, within seven working days after steady-state operation is achieved, the restart plan requires an in-line inspection (ILI) of the pipeline to be conducted during daylight hours. The ILI is conducted using a sophisticated robotic device (smart pig) that travels through the line to inspect the inside of the pipe. A preliminary report from the tool vendor must be provided within 30 days and any immediate repairs identified by the analysis of the report must be addressed by Sable in accordance with PHMSA regulations and Sable's integrity management procedures.

13.    On March 13, 2026, the Secretary of Energy issued an order to Sable pursuant under the Defense Production Act, which directed Sable to restart operations on the interstate Santa Ynez Pipeline System.

14.    On the morning of March 14, 2026, I arrived onsite to observe the restart accompanied by two qualified PHMSA pipeline safety inspectors. Two of us were stationed at the Las Flores facility, where Sable personnel were commissioning one of their two mainline pumps which would be used to slowly and incrementally bring up pressure in the line, and the other inspector was in the control room monitoring system pressures to verify the system was holding pressure. Any drop in pressure could indicate a leak. Sable proceeded to fill CA-324 at the station with product that had been stored in breakout tanks. In the early afternoon, Sable started the first pump and launched a device (cleaning pig) to travel inside the pipe to expel nitrogen from the line. The pipeline had been purged of oil and filled with nitrogen, which is an inert gas that is not combustible, as a safety precaution while the line is inactive. The restart was initiated during daylight

*United States of America and the People of the State of California v. Plains All American Pipeline, L.P. and Plains Pipeline, L.P.* Declaration of Dustin Hubbard

-3-

hours in accordance with the Sable restart plan. Sable also notified local emergency response officials of the restart as specified in the restart plan. Sable continued to fill CA-324 throughout the day.

15. On March 15, 2026, the three of us began the day at the Las Flores station. We visited the control room to monitor pressures and then proceeded downstream with Sable staff to make safety checks on the line at the valve and pump station sites. We also ensured the line was being continuously flown-over by aircraft throughout the process to check for any issues and releases from the lines. Early on March 15, 2026, Sable had completed filling CA-324 with product. A stand-up pressure test was performed for two hours at 200 psi followed by a second stand-up pressure test at 700 psi in accordance with the restart plan, during which flyovers occurred as we checked valve sites and pump stations. The stand-up pressure tests were successful and the flyovers confirmed there were no releases.

16. By late afternoon on March 15, 2026, Sable began filling CA-325 with product. A cleaning pig was then launched from the beginning of CA-325 at Gaviota to expel the nitrogen on CA-325.

17. On March 16, 2026, CA-325 fill was still in progress.  The pig had proceeded to expel nitrogen from Gaviota to Valve Site 13, which is about one-third the way from Gaviota to Sisquoc station. Sable estimated the pig would reach the Sisquoc station by the evening of March 18.

18. In the evening of March 16, 2026, I and my staff left the Sable pipeline. At least one inspector will return to the pipeline when the pig is expected to arrive at Pentland to observe the commissioning of the Pentland station and transfer operations to another operator.

19. Based on my personal observations, the observations of my staff, and information from Sable, CA-324 has been filled with oil and pressurized without any signs of release or other safety issues. Oil is present in CA-325 up to Valve

*United States of America and the People of the State of California v. Plains All American Pipeline, L.P. and Plains Pipeline, L.P.* Declaration of Dustin Hubbard

-4-

Site 13 without any signs of release or other safety issues. The valve sites are being monitored with personnel onsite and continuous flyovers.

20. Based on my personal observations, the observations of my staff, and information from Sable, Sable has complied and continues to comply with the restart plan.

21. PHMSA retains authority, pursuant to federal law (49 U.S.C. § 60112), to order the immediate shutdown of the Sable pipeline if PHMSA determines the pipeline is or would be hazardous to life, property, or the environment.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on March 17, 2026 in Lakewood, Colorado.

DUSTIN B HUBBARD
Digitally signed by DUSTIN B HUBBARD
Date: 2026.03.17 13:39:30 -06'00'

_____

Dustin Hubbard
Director, Western Region

Attachments:

**Exhibit 1 -** Letter from PHMSA to Sable Re: Approval of Sable Offshore Corp.'s Restart Plan for the Las Flores Pipeline System Line CA-324 and Line CA-325 (Dec. 22, 2025)

# Exhibit 1



U.S. Department
of Transportation
**Pipeline and Hazardous
Materials Safety
Administration**

12300 W. Dakota Ave., Suite 340
Lakewood, CO  80228

**VIA ELECTRONIC MAIL TO: lyearwood@sableoffshore.com**

December 22, 2025

Mr. Lance Yearwood
Vice President
Pacific Pipeline Company / Sable Offshore Corp.
845 Texas Avenue, Suite 2920
Houston, Texas 77002

**RE:    Approval of Sable Offshore Corp.'s Restart Plan for the Las Flores Pipeline System Line
CA-324 and Line CA-325**

Dear Mr. Yearwood:

From December 4 to December 12, 2025, the Pipeline and Hazardous Materials Safety Administration
(PHMSA) received several documents from Sable Offshore Corp. These documents included:

1. Line CA-324 and Line CA-325 Fill Plan and Startup Procedures
2. A letter requesting the removal of pressure restrictions for Line CA-324
3. A letter requesting the removal of pressure restrictions for Line CA-325
4. The Las Flores Pipeline Linefill Positioning Plan Assignments
5. The Las Flores Pipeline Linefill Contact List

These documents addressed the Restart Plan for Line CA-324 and Line CA-325 (previously known as
Plains Line 901 and Line 903, respectively). In addition, PHMSA conducted a field inspection with Sable
Offshore Corp. to discuss its process and safety procedures for the pipeline restart.

PHMSA has reviewed these documents and hereby approves the submitted Restart Plan. This approval is
valid from the date of this letter.

Should you have any questions or concerns, please contact me at (720) 963-3160 or by email at
dustin.hubbard@dot.gov.

Sincerely,

DUSTIN B HUBBARD    Digitally signed by DUSTIN B HUBBARD
Date: 2025.12.22 13:19:33 -07'00'

Dustin Hubbard
Director, Western Region
Pipeline and Hazardous Materials Safety Administration

cc:    Trent Fontenot, Sr. Vice President - Operations, tfontenot@sableoffshore.com
Jim Hosler, Assistant Deputy Director – Pipeline Safety and CUPA, CalFire, jim.hosler@fire.ca.gov