[The names and parties submitting this document are listed on the two pages immediately following this caption page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, and the PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* DEPARTMENT OF FISH AND WILDLIFE, PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* CENTRAL COAST REGIONAL WATER QUALITY CONTROL BOARD, *ex rel.* CALIFORNIA DEPARTMENT OF PARKS AND RECREATION, *ex rel.* CALIFORNIA STATE LANDS COMMISSION, *ex rel.* CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION'S OFFICE OF STATE FIRE MARSHAL, and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | Civil Action No. 2:20-cv-02415-SVW-SSCx **JOINT STIPULATION TO SET COORDINATED BRIEFING SCHEDULE FOR THE UNITED STATES OF AMERICA'S MOTION TO TERMINATE THE CONSENT DECREE AND STATE AGENCY PLAINTIFFS' MOTION TO ENFORCE; [PROPOSED] ORDER** |
| Plaintiffs, | |
| v. | |
| PLAINS ALL AMERICAN PIPELINE, L.P. and PLAINS PIPELINE, L.P., | |
| Defendants. | |

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
ANGELA MO (CA Bar Number: 262113)
E-mail: angela.mo@usdoj.gov
Senior Counsel
STEFAN J. BACHMAN (DC Bar Number: 90008649)
E-mail: stefan.bachman@usdoj.gov
Senior Attorney
Environmental Enforcement Section
United States Department of Justice
150 M Street, N.E., Room 2.900
Washington, D.C. 20002
Tel: (202) 353-5129
*Counsel for Plaintiff United States of America*

ROB BONTA
Attorney General of California
ERIC M. KATZ
Supervising Deputy Attorney General
MICHAEL ZARRO (CA Bar Number: 110171)
E-mail: Michael.Zarro@doj.ca.gov
JAKE GOLD (CA Bar Number: 347131)
E-mail: Jake.Gold@doj.ca.gov
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, California 90013
Tel: (213) 269-6327
*Counsel for Plaintiffs California Department of Fish and Wildlife, Central Coast Regional Water Quality Control Board, and California Department of Forestry and Fire Protection's Office of State Fire Marshal*

ROB BONTA
Attorney General of California
ELIZABETH ST. JOHN
JESSICA TUCKER-MOHL
Supervising Deputy Attorneys General
SAHAR DURALI (CA Bar Number: 292793)
E-mail: Sahar.Durali@doj.ca.gov

NICHOLAS TSUKAMAKI (CA Bar Number: 253959)
E-mail: Nicholas.Tsukamaki@doj.ca.gov
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, California 90013
Tel: (213) 269-6397
*Counsel for Plaintiffs California Department of Parks and Recreation and California State Lands Commission*

BARTON LOUNSBURY (CA Bar Number: 253895)
Senior Counsel
E-mail: barton.lounsbury@ucop.edu
University of California
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, California 94607-5200
Tel: (510) 987-9800
*Counsel for Plaintiff the Regents of the University of California*

DANIEL B. LEVIN (State Bar No. 226044)
daniel.levin@mto.com
COLIN A. DEVINE (State Bar No. 315801)
colin.devine@mto.com
MUNGER TOLLES & OLSON LLP350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
*Counsel for Defendants Plains All American Pipeline L.P. and Plains Pipeline L.P.*

Whereas, on October 14, 2020, the Court entered a consent decree as a final judgment in this matter requiring Plains All American Pipeline, L.P. and Plains Pipeline, L.P. (together, "Plains") to, *inter alia*, pay civil penalties and natural resource damages and implement detailed injunctive measures set forth in two appendices to resolve alleged violations of federal and state pipeline safety and environmental laws. (ECF No. 6-1 at ¶¶ 8–10, 12, 21, 25).

Whereas, the United States expects to file a motion that requests to terminate or modify the consent decree ("motion to terminate") and notice the motion for hearing on June 1, 2026, Plains may join or otherwise support that motion, Sable Offshore Corp. (Sable) plans to file a brief in support of that motion, and the California Office of State Fire Marshal and other State Agency Plaintiffs (California Plaintiffs) plan to oppose the United States' motion.

Whereas, the California Plaintiffs plan to file a motion to enforce the consent decree as to the United States and Sable at the earliest practical opportunity and notice that motion for hearing on June 1, 2026, and the United States and Sable will oppose that motion.

Whereas, the United States, California Plaintiffs, Sable, and Plains have met and conferred on the issues raised in the United States' motion to terminate and the California Plaintiffs' motion to enforce the consent decree.

Whereas, the United States, California Plaintiffs, and Plains agree the motions are ripe for consideration by the Court at this time notwithstanding the dispute resolution provisions of the consent decree.

Whereas, Sable agrees the motion to terminate is ripe for consideration by the Court at this time notwithstanding the dispute resolution provisions of the consent decree.

Whereas, the United States, California Plaintiffs, Sable, and Plains expect that the motion to terminate and the motion to enforce the consent decree will raise

common and overlapping issues and arguments that would be more efficiently addressed through cross-motions by the United States and the California Plaintiffs.

IT IS HEREBY STIPULATED by and among the United States, Plains, and the California Plaintiffs listed in the above caption (collectively the Parties) and Sable, subject to Court approval, that:

1. The Parties and Sable stipulate and agree that the meet and confer requirements of Local Rule 7-3 established by the United States District Court for the Central District of California have been met as to both the motion to terminate and motion to enforce the consent decree.

2. The Parties stipulate and agree that the dispute resolution provisions of the consent decree are not applicable to the motion to terminate or the motion to enforce the consent decree, including that Plains is not precluded under paragraph 49 of the consent decree from raising any defense in an action by Plaintiffs to enforce the consent decree.

3. Sable stipulates and agrees that the dispute resolution provisions of the consent decree are not applicable to the motion to terminate.

4. The United States shall file its motion to terminate the consent decree on or before March 30, 2026.

5. Any joinder or other supportive filing by Plains or Sable relating to the United States' motion to terminate the consent decree shall be filed no more than 2 court days after the motion is filed. Such briefing shall not exceed 5,000 words each.

6. The California Plaintiffs shall file its motion to enforce the consent decree and any opposition to the United States' motion to terminate the consent decree in a combined brief on or before April 13, 2026. The California Plaintiffs' combined brief shall not exceed 10,000 words.

7. The United States shall file its opposition to the California Plaintiffs' motion to enforce the consent decree and any reply to the California Plaintiffs'

*United States of America and the People of the State of California v. Plains All American Pipeline, L.P. and Plains Pipeline, L.P.* Joint Stipulation

-2-

opposition to the motion to terminate the consent decree in a combined brief on or before April 27, 2026. The United States' combined brief shall not exceed 10,000 words.

8.    Plains and Sable shall each file any opposition to the California Plaintiffs' motion to enforce the consent decree and any joinder or other supportive filing in reply to the California Plaintiffs' opposition to the motion to terminate the consent decree in combined briefs on or before April 27, 2026. Plains' and Sable's respective combined briefs shall not exceed 10,000 words each.

9.    The California Plaintiffs shall file any reply to oppositions to the motion to enforce the consent decree on or before May 11, 2026.

10.    The Parties and Sable believe good cause exists for adoption of this alternate schedule.

11.    WHEREFORE, the Parties and Sable respectfully submit this stipulation to the Court for approval and have attached a Proposed Order.

Dated:  March 27, 2026                    Respectfully submitted,

                                          ROB BONTA
                                          Attorney General of California
                                          ERIC M. KATZ
                                          Supervising Deputy Attorney General

                                          /s/ Michael T. Zarro
                                          MICHAEL T. ZARRO
                                          Deputy Attorney General
                                          *Counsel for State Agency Plaintiffs*

Dated:  March 27, 2026                    Respectfully submitted,

                                          ADAM R.F. GUSTAFSON
                                          Principal Deputy Assistant Attorney
                                              General
                                          U.S. Department of Justice
                                          Environment and Natural Resources
                                              Division

                                          /s/ Stefan J. Bachman[1]
                                          STEFAN J. BACHMAN
                                          Senior Attorney
                                          ANGELA MO
                                          Senior Counsel
                                          Environmental Enforcement Section
                                          *Counsel for Plaintiff United States of
                                          America*

---

[1] The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*United States of America and the People of the State of California v. Plains All American Pipeline, L.P. and Plains Pipeline, L.P.* Joint Stipulation

-4-

Dated:  March 27, 2026                    Respectfully submitted,

                                          LATHAM & WATKINS LLP

                                          By: /s/ *Jessica Stebbins Bina*

                                          LATHAM & WATKINS LLP
                                          Jessica Stebbins Bina (Bar No. 248485)
                                          *jessica.stebbinsbina@lw.com*
                                          10250 Constellation Blvd., Suite 1100
                                          Los Angeles, CA 90067
                                          Telephone: +1 424.653.5500
                                          Facsimile: +1 424.653.5501

                                          BABST CALLAND
                                          Nicholas McDaniel (*pro hac vice* forthcoming)
                                          *nmcdaniel@babstcalland.com*
                                          505 Ninth St., NW, Suite 602
                                          Washington, DC 20004
                                          Telephone: +1 202.853.3455
                                          Facsimile: +1 202.853.3491

                                          *Attorneys for Non-Parties Sable Offshore Corp. and Pacific Pipeline Company*

Dated:  March 27, 2026                    Respectfully submitted,

                                          MUNGER TOLLES & OLSON LLP

                                          /s/ Colin A. Devine
                                          COLIN A. DEVINE
                                          *Counsel for Defendants Plains All American Pipeline L.P. and Plains Pipeline L.P.*