Jessica Stebbins Bina (SBN 248485)
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiff(s) <br><br> v. <br><br> PLAINS ALL AMERICAN PIPELINE, L.P., et al., <br> Defendant(s). | CASE NUMBER <br><br> 2:20-cv-02415-SVW-SSC <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

McDaniel, Nicholas
*Applicant's Name (Last Name, First Name & Middle Initial*

202.430.3880                    412.394.6576
*Telephone Number*              *Fax Number*

nmcdaniel@babstcalland.com
*E-Mail Address*

of

Babst, Calland, Clements, and Zomnir P.C.
505 9th St. NW, Suite 602
Washington, D.C. 20004
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Sable Offshore Corp. and Pacific Pipeline Company

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:*     Non-Parties

**and designating as Local Counsel**

Bina, Jessica S.
*Designee's Name (Last Name, First Name & Middle Initial*

248485                 424.653.5500          424.653.5501
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

jessica.stebbinsbina@lw.com
*E-Mail Address*

of

Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:

    ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application:

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

    ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:**

_____
**U.S. District Judge/U.S. Magistrate Judge**