**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, and the PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* DEPARTMENT OF FISH AND WILDLIFE, PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* CENTRAL COAST REGIONAL WATER QUALITY CONTROL BOARD, *ex rel.* CALIFORNIA DEPARTMENT OF PARKS AND RECREATION, *ex rel.* CALIFORNIA STATE LANDS COMMISSION, *ex rel.* CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION'S OFFICE OF STATE FIRE MARSHAL, and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | Case No. 2:20-cv-02415-SVW-SSCx |

Plaintiffs,

v.

PLAINS ALL AMERICAN PIPELINE, L.P. and PLAINS PIPELINE, L.P.,

Defendants.

[PROPOSED] ORDER ON JOINT STIPULATION TO SET COORDINATED BRIEFING SCHEDULE FOR THE UNITED STATES OF AMERICA'S MOTION TO TERMINATE THE CONSENT DECREE AND STATE AGENCY PLAINTIFFS' MOTION TO ENFORCE

*United States of America and the People of the State of California v.*
*Plains All American Pipeline, L.P. and Plains Pipeline, L.P.* [Proposed] Order

## [PROPOSED] ORDER

**BY THE COURT:**

Based on the stipulation of the Parties and Sable, and for good cause shown, the Court hereby APPROVES the Joint Stipulation to Set Coordinated Briefing Schedule for the United States of America's Motion to Terminate the Consent Decree and State Agency Plaintiffs' Motion to Enforce and hereby ORDERS:

1. The United States shall file its motion to terminate the consent decree on or before March 30, 2026.

2. Any joinder or other supportive filing by Plains or Sable relating to the United States' motion to terminate the consent decree shall be filed no more than 2 court days after the motion is filed. Such briefing shall not exceed 5,000 words each.

3. The California Plaintiffs shall file its motion to enforce the consent decree and any opposition to the United States' motion to terminate the consent decree in a combined brief on or before April 13, 2026. The California Plaintiffs' combined brief shall not exceed 10,000 words.

4. The United States shall file its opposition to the California Plaintiffs' motion to enforce the consent decree and any reply to the California Plaintiffs' opposition to the motion to terminate the consent decree in a combined brief on or before April 27, 2026. The United States' combined brief shall not exceed 10,000 words.

5. Plains and Sable shall each file any opposition to the California Plaintiffs' motion to enforce the consent decree and any joinder or other supportive filing in reply to the California Plaintiffs' opposition to the motion to terminate the consent decree in combined briefs on or before April 27, 2026. Plains' and Sable's respective combined briefs shall not exceed 10,000 words each.

6.    The California Plaintiffs shall file any reply to oppositions to the motion to enforce the consent decree on or before May 11, 2026.

**IT IS SO ORDERED.**

Dated: April 16, 2026

_____

HON. STEPHEN V. WILSON

*United States of America and the People of the State of California v. Plains All American Pipeline, L.P. and Plains Pipeline, L.P.* [Proposed] Order

-2-