ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
STEFAN J. BACHMAN (DC Bar Number 90008649)
Email: stefan.bachman@usdoj.gov
Senior Attorney
Environmental Enforcement Section
United States Department of Justice
150 M Street, N.E., Room 2.900
Washington, D.C. 20002
Tel: (202) 598-9566
*Counsel for Plaintiff United States of America*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P. *et al.*,<br><br>Defendants. | Civil Action No. 2:20-cv-02415-SVW-SSC<br><br>**UNITED STATES' OBJECTION TO CALIFORNIA'S SUPPLEMENTAL OPPOSITION TO UNITED STATES' MOTION TO TERMINATE OR MODIFY CONSENT DECREE**<br><br>**Date and time: June 1, 2026, 1:30 p.m.** |

The United States respectfully objects to portions of California's Reply in Support of Motion to Enforce Consent Decree **and Opposition to United States' Motion to Terminate Consent Decree** (emphasis added), Dkt. No. 62, filed on May 11, 2026. This is California's second opposition to the United States' motion.

The Court approved a clearly delineated briefing schedule for the parties to brief their consent decree disputes (Dkt No. 56):

- March 30, 2026 – deadline set for the United States to file its motion to terminate the consent decree (filed at Dkt. No. 49);
- April 13, 2026 – deadline set for California to file its opposition to the United States' motion and its motion to enforce the consent decree (filed at Dkt. No. 55);
- April 27, 2026 – deadline set for the United States to file its reply and its opposition to California's motion (filed at Dkt. No. 60);
- May 11, 2026 – deadline set for California to file its reply to the United States' opposition.

Consistent with that schedule, California filed its opposition to the United States' motion to terminate or modify the consent decree on April 13, 2026. Dkt. No. 55. Then, on May 11, 2026, California filed its reply in support of its motion to enforce the consent decree *and*—as reflected in the title of the filing—an unauthorized supplemental opposition to the United States' motion. Dkt. No. 62.

Several sections of California's May 11 brief respond again to arguments in the United States' motion to terminate or modify the consent decree and are unrelated to California's motion to enforce the consent decree, particularly:

- portions of Section I.B (pages 9:14–10:7);
- Section I.D (pages 14:7–15:5);
- Section II (page 15:6–27); and
- Section III (pages 16:1–22:13).

-1-

The United States objects to these sections of California's brief, as they contravene Local Rule 7-10 and this Court's order (Dkt. No. 56), and the Court should disregard them. *Cathey v. Garcia*, No. CV 22-4929, 2024 WL 4404987, at *2 n.4 (C.D. Cal. Aug. 19, 2024) (striking plaintiff's second opposition motion as a violation of Local Rule 7-10); *Hunter Consulting, Inc. v. Beas*, No. CV1201947, 2013 WL 12126097, at *2 (C.D. Cal. Jul. 16, 2013) (finding plaintiff's filing of a supplemental opposition to be a violation of Local Rule 7-10 and declining to consider it in response to defendant's objection); *Hunter v. U.S. Dep't of Educ.*, No. CV 08-129, 2008 WL 4820778, at *1 n.2 (C.D. Cal. Nov. 4, 2008) (stating that plaintiff's opposition to defendants' reply was "not properly before the court" because it did not meet the requirements of Local Rule 7-10).

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ *Stefan J. Bachman*
STEFAN J. BACHMAN (DC Bar No. 90008649)
Email: stefan.bachman@usdoj.gov
Senior Attorney
Environmental Enforcement Section
United States Department of Justice
150 M Street, NE, Room 2.900
Washington, DC 20002
(202) 598-9566