ROB BONTA
Attorney General of California
JESSICA E. TUCKER-MOHL
*Jessica.tuckermohl@doj.ca.gov*
Supervising Deputy Attorney General
ALICE M SEGAL (SBN 288108)
*alice.segal@doj.ca.gov*
Deputy Attorneys General
State Bar No. 288108
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  Telephone:  (619) 738-9640
  Fax:  (916) 732-7920
*Attorneys for Plaintiff*
*California Department of Parks and*
*Recreation*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>PLAINS ALL AMERICAN PIPELINE, L.P. and PLAINS PIPELINE, L.P.,<br><br>Defendants. | Case No. 2:20-cv-02415-SVW-SSCx<br><br>**DECLARATION OF ALICE M. SEGAL IN SUPPORT OF REQUEST TO APPEAR REMOTELY FOR HEARING ON MOTION TO ENFORCE CONSENT DECREE AND MOTION TO TERMINATE CONSENT DECREE**<br><br>Date: June 1, 2026<br>Dept. 10A<br>Time: 1:30 pm<br>Judge: Hon. Stephen V. Wilson<br>Action Filed: March 13, 2020 |

1. I am over eighteen years old. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto.

2. I am a Deputy Attorney General for the State of California and am an attorney of record for Plaintiff California Department of Parks and Recreation in this action.

3. I am a resident in San Diego. It is difficult for me to travel to Los Angeles to participate in this specific hearing. I am particularly impeded by the likelihood of

Request for Remote Appearance (2:20-cv-02415-SVW-SSCx)

heavy traffic between San Diego and downtown Los Angeles as well as the fact that my daughter has a doctor's appointment earlier in the day on June 1, 2026. I feel that it is important for me to participate in this doctor's appointment.

4.      Based on my evaluation of the traffic and transportation options, I believe that requiring me to travel to the downtown Los Angeles courthouse for the 1:30 p.m. hearing would require me to miss the doctor's appointment or risk being untimely for the court hearing.

5.      In compliance with Judge Wilson's specific proceeding requirements, this Request, Declaration, and Proposed Order are being filed more than one week before the scheduled hearing.

6.      My direct telephone number for the Court's use is (619)738-9640. I will be available at that number at least one-half hour before and after the scheduled hearing time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 21, 2026, at San Diego, California

Alice M. Segal
Deputy Attorney General

2

Request for Remote Appearance (2:20-cv-02415-SVW-SSCx)