UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No.: | **2:20-cv-02415-SVW-SSC** | Date: | June 8, 2026 |
|---|---|---|---|

| Title: | United States of America et al v. Plains All American Pipeline L.P. et al |
|---|---|

Present: The Honorable   **STEPHEN V. WILSON, United States District Judge**

| Daniel Tamayo | c/s 6-8-2026 |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Alicia Irene Roessler | Riley Walters |
| Stefan J Bachman | Colin A Devine |
| Michael Stephen Dorsi | Daniel Benjamin Levin |
| Talia Nimmer | |
| Jeremy Mark Frankel | |
| Linda Krop | |
| Stefan J Bachman | |
| Jessica Stebbins Bina | |
| Nicholas McDaniel | |
| Rafe Petersen | |
| Adam Gustafson | |

**Proceedings:**      NEW CASE STATUS CONFERENCE

MOTION for Preliminary Injunction re AND STAY AGAINST ALL DEFENDANTS filed by Plaintiff [16]

        Case called. For the reasons stated on the record, the Court ORDERS the parties to file supplemental briefs, not to exceed 25 pages, within 10 days of this hearing and Reply briefs, not to exceed 14 pages, 7 days after that deadline. As explained by the Court, the briefs should address the issues discussed at the hearing. As discussed, each of the two submitted briefs and the two submitted Reply briefs shall be filed jointly by all parties with aligned interests in the case. Identical copies of these briefs shall be filed, on the same timeline, in the related case: 2:26-cv-03396-SVW-SSC.

                                                                                                                                                1        20

CV-90 (12/02)                                            **CIVIL MINUTES - GENERAL**                          Initials of Deputy Clerk DTA