ROB BONTA
Attorney General of California
MYUNG J. PARK
SUPERVISING DEPUTY ATTORNEY GENERAL
MICHAEL S. DORSI (CA BAR NUMBER: 281865)
E-mail: Michael.Dorsi@doj.ca.gov
MATTHEW G. BULLOCK (CA BAR NUMBER: 243377)
E-mail: Matthew.Bullock@doj.ca.gov
DEPUTY ATTORNEY GENERAL
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
P.O. Box 85266
Tel: (415) 510-4400
Fax: (619) 645-2581

ERIC M. KATZ
SUPERVISING DEPUTY ATTORNEY GENERAL
MICHAEL T. ZARRO (CA BAR NUMBER: 110171)
E-mail: Michael.Zarro@doj.ca.gov
DEPUTY ATTORNEY GENERAL
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6347
Fax: (916) 731-2128

*Counsel for Plaintiffs California Department of Forestry and Fire Protection's Office of State Fire Marshal*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, and the PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P. and PLAINS PIPELINE, L.P.,<br><br>Defendants. | Case No. 2:20-cv-02415-SVW-SSCx<br><br>**CALIFORNIA OFFICE OF THE STATE FIRE MARSHAL'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION**<br><br>Date: October 19, 2026<br>Dept. 10A<br>Time: 1:30 pm<br>Judge: Hon. Stephen V. Wilson<br>Action Filed: March 13, 2020<br>Judgment Amended: Aug. 19, 2026 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that on October 19, 2026, at 1:30 p.m., the California Department of Foresty and Fire Protection's Office of the State Fire Marshal will and does move for reconsideration of this Court's Order dated August 19, 2026 (ECF 86). This Motion is made under Central District of California Local Rule 7-18 and Federal Rule of Civil Procedure 59(e), or in the alternative under Federal Rules of Civil Procedure Rules 54(b), 55, and/or 60(b). This Motion is made on the basis that the Court's order that "PHMSA will be responsible for enforcing them, regardless of whether the pipeline is determined to be 'intrastate' or 'interstate' for the purposes of the Pipeline Safety Act," is inconsistent with controlling precedent and the mandates of the Pipeline Safety Act. *See Conservation Nw. v. Sherman*, 715 F.3d 1181, 1185 (9th Cir. 2013), *Firefighters Loc. Union No. 1784 v. Stotts*, 467 U.S. 561, 576 n.9 (1984), 49 U.S.C. §§ 60104(c), § 60105(a). This Motion is based on the supporting Memorandum, the Declaration of Michael S. Dorsi, the prior filings in this case, and any other supporting evidence that this Court may lawfully consider. Counsel met and conferred on Monday, August 31, and agreed on a stipulated briefing schedule.

Dated: September 2, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
ERIC M. KATZ
Supervising Deputy Attorneys General

*/s/ Michael S. Dorsi*
MICHAEL DORSI
Deputy Attorney General
*Counsel for Plaintiffs California Department of Forestry and Fire Protection's Office of State Fire Marshal*

LA2015500901