DANIEL B. LEVIN (State Bar No. 226044)
daniel.levin@mto.com
COLIN DEVINE (State Bar No. 315801)
colin.devine@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants
PLAINS ALL AMERICAN PIPELINE, L.P.
and PLAINS PIPELINE, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, AND THE PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* DEPARTMENT OF FISH AND WILDLIFE, PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* CENTRAL COAST REGIONAL WATER QUALITY CONTROL BOARD, *ex rel.* CALIFORNIA DEPARTMENT OF PARKS AND RECREATION, *ex rel.* CALIFORNIA STATE LANDS COMMISSION, *ex rel.* CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION'S OFFICE OF STATE FIRE MARSHAL, AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P. and PLAINS PIPELINE, L.P.,<br><br>Defendants | Case No. 2:20-cv-02415-SVW-SSC_<br><br>**PLAINS' RESPONSE TO CALIFORNIA OFFICE OF THE STATE FIRE MARSHAL'S MOTION FOR RECONSIDERATION**<br><br>Date: October 19, 2026<br>Time: 1:30 p.m.<br>Ctrm.: 10A<br>Judge: Hon. Stephen V. Wilson |

**PLAINS' RESPONSE TO MOTION FOR RECONSIDERATION**

The Court's order modified the Consent Decree to relieve Plains All American Pipeline, L.P. and Plains Pipeline L.P. (together, "Plains") of all ongoing and future Consent Decree obligations, because Plains complied with the Consent Decree during its term and no longer has any responsibility for Lines CA-324 and CA-325 after it transferred those pipelines to Sable in 2024. Dkt. No. 86 at 13, 17.

The California Office of the State Fire Marshal's motion for reconsideration is unrelated to that modification. It instead concerns the Court's "second modification" of the Consent Decree to substitute PHMSA for OSFM. *See* Dkt. No. 86 at 17-18. No matter how the Court rules on the motion, it does not affect the relief granted to Plains, and Plains should still be relieved of all ongoing and future Consent Decree obligations for the reasons stated in the Court's order.

DATED: September 18, 2026 MUNGER, TOLLES & OLSON LLP

By: */s/ Colin Devine*
COLIN DEVINE

Attorneys for Defendants PLAINS ALL AMERICAN PIPELINE, L.P. and PLAINS PIPELINE, L.P.

**CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for Plains All American Pipeline, L.P. and Plains Pipeline L.P., certifies that this brief contains 148 words, which complies with the word limit of L.R. 11-6.1.

September 18, 2026

*/s/ Colin Devine*
Colin Devine

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed electronically on September 18, 2026. Therefore, this document was served on all counsel who are deemed to have consented to electronic service.

*/s/ Colin Devine*
COLIN DEVINE