ROB BONTA
Attorney General of California
MYUNG J. PARK
SUPERVISING DEPUTY ATTORNEY GENERAL
MICHAEL S. DORSI (CA BAR NUMBER: 281865)
E-mail: Michael.Dorsi@doj.ca.gov
MATTHEW G. BULLOCK (CA BAR NUMBER: 243377)
E-mail: Matthew.Bullock@doj.ca.gov
DEPUTY ATTORNEY GENERAL
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
P.O. Box 85266
Tel: (415) 510-4400
Fax: (619) 645-2581

ERIC M. KATZ
SUPERVISING DEPUTY ATTORNEY GENERAL
MICHAEL T. ZARRO (CA BAR NUMBER: 110171)
E-mail: Michael.Zarro@doj.ca.gov
DEPUTY ATTORNEY GENERAL
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6347
Fax: (916) 731-2128

*Counsel for Plaintiff California Department of Forestry and Fire Protection's Office of the State Fire Marshal*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, and the PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P. and PLAINS PIPELINE, L.P.,<br><br>Defendants. | Case No. 2:20-cv-02415-SVW-SSCx<br><br>**CALIFORNIA PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION**<br><br>Date: October 19, 2026<br>Dept. 10A<br>Time: 1:30 pm<br>Judge: Hon. Stephen V. Wilson<br>Action Filed: March 13, 2020<br>Judgment Amended: Aug. 19, 2026 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that Plaintiffs People of the State of California ex rel. California Department of Forestry and Fire Protection's Office of the State Fire Marshal (OSFM) seeks judicial notice of the attached documents under Federal Rule of Evidence 201.

The exhibits and the facts that they identify are the proper subject of judicial notice because the documents are available to the public from government records, including private party submissions to government agencies, and the veracity of the documents can be accurately and readily determined. *See, e.g.*, *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010) (stating that it was appropriate to take judicial notice of information "made publicly available by government entities" on their websites where "neither party disputes the authenticity of the web sites or the accuracy of the information displayed therein"); *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003).

The documents to be judicially noticed are relevant for the reasons discussed in Part III of the Reply.

The documents, as submitted, are redacted to omit specific location information. While this redaction is not required by law, it is a reasonable practice when the location information is not relevant to the pending motion (and OSFM does not view the specific locations as relevant to this Motion). If the U.S. or Sable seeks to present the unredacted documents to this Court, OSFM would have no objection. If the Court wishes to review an unredacted copy, OSFM can provide a copy on request.

The documents to be judicially noticed were presented to the Energy, Minerals & Compliance Division of the Santa Barbara County Planning & Development Department. In its submission, Sable included a cover letter and lettered exhibits, including sub-letter exhibits (for example, Exhibit B1, Exhibit D2, etc.). For avoidance of confusion, this Request uses the same letter designations for

the exhibits to Sable's submission (Exhibits A through D2). Because the cover letter did not contain exhibit designation, it is designated as Exhibit 1 to this Request. The following table identifies the documents with their exhibit number or letter.

**Index of Exhibits**

| **Exhibit No.** | **Document** |
|---|---|
| 1 | Cover Letter |
| A | Description of Work |
| B1 | Energy Master Application Form |
| B2 | Energy and Materials Division Agreement |
| B3 | Authorization of Agent |
| B4 | Indemnification Agreement |
| B5 | Parcel Validity |
| B6 | Conditions of Approval |
| C1 | Vicinity & Validation Dig Site Maps |
| D1 | Biological Report |
| D2 | Cultural Resources Assessment |

Dated: October 2, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
ERIC M. KATZ
Supervising Deputy Attorneys General

*/s/ Michael S. Dorsi*
MICHAEL S. DORSI
Deputy Attorney General
*Counsel for Plaintiff California Department of Forestry and Fire Protection's Office of the State Fire Marshal*