ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General
MICHAEL S. DORSI (CA Bar No. 281865)
E-mail: Michael.Dorsi@doj.ca.gov
MATTHEW G. BULLOCK (CA BAR NO. 243377)
Email: Matthew.Bullock@doj.ca.gov
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-4400
Fax: (415) 703-1107

ERIC M. KATZ
Supervising Deputy Attorney General
MICHAEL T. ZARRO (CA BAR NO. 110171)
Deputy Attorney General
E-mail: Michael.Zarro@doj.ca.gov
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6347
Fax: (916) 731-2128

*Attorneys for Plaintiff California Department of Forestry and Fire Protection's Office of State Fire Marshal*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, and the PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>PLAINS ALL AMERICAN PIPELINE, L.P. and PLAINS PIPELINE, L.P.,<br><br>Defendants. | Case No. 2:20-cv-02415-SVW-SSCx<br><br>**CALIFORNIA PLAINTIFFS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION**<br><br>Date: October 19, 2026<br>Dept. 10A<br>Time: 1:30 pm<br>Judge: Hon. Stephen V. Wilson<br>Action Filed: March 13, 2020<br>Judgment Amended: August 19, 2026 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the California Department of Forestry and Fire Protection's Office of the State Fire Marshal (OSFM) seeks judicial notice of the attached document under Federal Rule of Evidence 201.

The attached Exhibit E is the proper subject of judicial notice because the document is available to the public from government records, including private party submissions to government agencies, and the veracity of the documents can be accurately and readily determined. *See, e.g.*, *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010) (stating that it was appropriate to take judicial notice of information "made publicly available by government entities" on their websites where "neither party disputes the authenticity of the web sites or the accuracy of the information displayed therein"); *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003).

The document to be judicially noticed was presented to the United States Department of Justice, the U.S. Department of Transportation Pipeline and Hazardous Materials Safety Administration (PHMSA), the United States Environmental Protection Agency, and several state agency parties to this action, including the California Department of Forestry and Fire Protection's Office of the State Fire Marshal.

***

OSFM respectfully requests that the Court admit this Request after the filing of OSFM's Reply. With its Reply, OSFM requested judicial notice of documents submitted by Sable to the County of Santa Barbara on September 8, 2026, concerning testing and remediation of Line CA-324. On October 5, 2026, counsel for Sable contacted the undersigned counsel for OSFM, stating that Sable submitted the document attached to this Request as Exhibit E—Pacific Pipeline's Bi-Annual Report—on September 30, 2026. Sable indicated its view that the submission, to OSFM, of the Bi-Annual Report rebuts Part III of the Argument in OSFM's Reply,

casts doubt on OSFM's statement that "OSFM . . . . does not receive the relevant disclosures from Sable[,]" ECF 75 at 7:17-18, and suggested that this is relevant to whether the Court should take judicial notice of the documents attached to OSFM's prior Request for Judicial Notice (ECF 76 (Request), 76-1 (Documents)). On October 7, 2026, OSFM made an inquiry, to Sable, about presenting the Bi-Annual Report in a joint submission to the Court. Sable declined.

Regardless of whether OSFM thinks the Bi-Annual Report is relevant, the document should be presented to the Court so that the Court may make its own determination on its relevance to Part III of the Reply, OSFM's prior Request for Judicial Notice, or any other matter under consideration. There is no doubt as to the authenticity of the Bi-Annual Report; counsel for OSFM has verified the veracity of the document and its receipt of this document on September 30.

Dated: October 7, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
ERIC M. KATZ
Supervising Deputy Attorneys General

/s/ *Michael S. Dorsi*
MICHAEL S. DORSI
Deputy Attorney General
*Counsel for Plaintiff*
*California Department of Forestry and Fire Protection's Office of the State Fire Marshal*