**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, and the PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br>Plaintiffs,<br>v.<br>PLAINS ALL AMERICAN PIPELINE, L.P. and PLAINS PIPELINE, L.P.,<br>Defendants. | Case No. 2:20-cv-02415-SVW-SSCx<br>**~~[PROPOSD]~~ ORDER ON STIPULATION WAIVING ORAL ARGUMENT ON MOTION FOR RECONSIDERATION OR IN THE ALTERNATIVE REQUEST FOR REMOTE APPEARANCE FOR ALL PARTIES**<br>Date: October 19, 2026<br>Dept. 10A<br>Time: 1:30 pm<br>Judge: Hon. Stephen V. Wilson<br>Action Filed: March 13, 2020<br>Judgment Amended: Aug. 19, 2026 |

**~~[PROPOSED]~~ ORDER**

Counsel for the California Department of Forestry and Fire Protection's Office of the State Fire Marshal (OSFM), the United States of America, and Sable Offshore Corp. (collectively the three Parties) jointly waived oral argument on OSFM's Motion for Reconsideration (ECF 86), set for hearing on October 19, 2026. The three Parties requested, in the alternative, that if the Court holds a hearing, the Court permit remote appearances on behalf of all three Parties.

Upon consideration of the Stipulation. the Court enters the following order:

**X** Pursuant to Local Rule 7-15, oral argument on the Motion for Reconsideration (ECF 86) is waived. The Motion is taken under submission; the hearing is **VACATED.**

~~OR~~

~~__ The Court intends to hold a hearing on the Motion for Reconsideration. The three Parties, having shown good cause, may appear remotely.~~

**IT IS SO ORDERED.**

Dated: October 15, 2026

HON. STEPHEN V. WILSON
United States District Court
Central District of California